IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02714-WJM-KLM

SANTIAGO ABREU,

    Plaintiff,

v.

KINSDALE PROPERTIES, INC., doing business as Maverick's Restaurant,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Stay Action to Facilitate Settlement Pursuant to D.C.COLO.LCIvR 16.6** [#8] (the "Motion"). In short, the parties seek a stay in order to facilitate settlement of this lawsuit outside of the present litigation. However, they do not address the factors for imposition of a stay as described in *String Cheese Incident, LLC v. Stylus Shows, Inc.*, No. 1:02-cv-01934-LTB-PAC, 2006 WL 894955, at *2 (D. Colo. Mar. 30, 2006). In the absence of a discussion of the *String Cheese Incident* factors,

    IT IS HEREBY **ORDERED** that the Motion [#8] is **GRANTED in part and DENIED in part**. The Motion is **denied** to the extent the parties seek imposition of a stay. The Motion is **granted** to the extent the parties seek to vacate the Scheduling Conference set for April 18, 2016. Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for April 18, 2016, at 11:00 a.m. is **VACATED** and **RESET** to **August 24, 2016** at **11:00 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order no later than **August 17, 2016**.

    Dated: April 14, 2016